IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-CV-4926-N |
| | § | |
| MCKOOL SMITH, P.C., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

This Order addresses Defendant McKool Smith P.C.'s motion to seal [15] and Defendant Crow's motion to seal [17]. Pending disposition on the merits of those motions the Court orders that all further filings in this case be made under seal and that all items previously docketed in this case be sealed, with the exception of the Magistrate Judge's Findings, Conclusions, and Recommendation of December 26, 2013 and this Order.

Signed January 9, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE