IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHELSEA L. DAVIS

v.

MCKOOL SMITH P.C. et al.

                                              Civ. Action No. **3:14-CV-3975**
                                              **CONSOLIDATED WITH**
                                              **3:14-CV-0056-B, 3:14-CV-3962-P,**
                                              **3:13-CV-4973-P, 3:13-CV-4926-N**

TO THE HONORABLE PRESIDING JUDGE:

### NOTICE OF ENJOINED/CONSOLIDATED/TRANSFERRED CASES

I. **STATE**
   1. *LDW v. CLD,* Cause Nos. DC-13-01240, DF-13-01647, 162nd/303rd Judicial District Court, Dallas County, Texas.
        a. STATUS: Administratively Closed
   2. *Chelsea L. Davis, et al v. Samuel F. Baxter, et al,* Cause Nos. 199-03395-2013, 429-04385-2013, 429-03449-2013, 429-03552-2014, 429-04272-2014, 199th/429th Jud. Dist. Ct., Collin County, Texas.
        *a.* Nature of suit: CIVIL INJURY/DAMAGES
        b. STATUS: OPEN
              i. **REMOVED TO U.S. DIST. CT FOR THE EASTERN DISTRICT OF TEXAS, No. 4:13-cv-514-RC-ALM.**
   3. *State of Texas v. Chelsea L. Davis*, F-13-61468, Dallas County, Texas.
        a. Stalking Leslie Ware
        b. STATUS: No billed
   4. *State of Texas v. Chelsea L. Davis*, 01-JM-13-4225, Collin County, Texas.
        a. 60-day Automatic Stalking Protection Order
   5. *State of Texas v. Chelsea L. Davis*, ML1400489, MB1359386, Dallas County, Texas.
        a. DWI and Occupational Driver License
        b. STATUS: Open Plea of guilty even though I had a defense - I was drugged by R. Brian Teal.

1

6. *Chelsea L. Davis et al v. McKool Smith P.C. and Samuel F. Baxter,* Cause Nos. DC-13-12834, DC-13-14215, DF-13-19281, 298th/254th Judicial District Court, Dallas County, Texas.
    a. Nature of suit: CIVIL INJURY/DAMAGES
    b. STATUS: Enjoined/**STAYED**
        i. **REMOVED TO U.S. DIST. CT FOR THE NORTHERN DISTRICT OF TEXAS, No. 3:13-cv-4926-RC-ALM.**
7. *Chelsea L. Davis v. Harlan R. Crow et al,* Cause Nos. DC-13-14479, DF-13-23109, 68th/254th Judicial District Court, transferred to Collin County, Texas, 429-03449-2014.
    a. Nature of suit: CIVIL INJURY/DAMAGES
    b. STATUS: OPEN
        i. **REMOVED TO U.S. DIST. CT FOR THE NORTHERN DISTRICT OF TEXAS, No. 3:14-cv-1963 and 3:14-cv-1964.**
8. *Chelsea L. Davis v. Leslie D. Ware,* Cause No. DC-14-11682, 134th Judicial District Court, Dallas County, Texas
    a. Nature of suit: CIVIL INJURY/DAMAGES
    b. STATUS: OPEN
9. *Chelsea L. Davis v. Leslie D. Ware, et al,* Cause No. 429-03552-2014, 429th Judicial District Court, Dallas County, Texas
    a. Nature of suit: CIVIL INJURY/DAMAGES
    b. STATUS: OPEN
10. *Chelsea L. Davis v. Amy Abboud Ware and Leslie D. Ware,* Cause No. 429-04272-2014, 366th Judicial District Court, Collin County, Texas
    a. Nature of Suit: CIVIL INJURY/DAMAGES
    b. STATUS: OPEN
11. *Chelsea L. Davis v. John Does 1-10,* Cause No. DC-14-11997, 298th Judicial District Court, Dallas County, Texas
    a. Nature of Suit: CIVIL INJURY/DAMAGES
    b. STATUS: OPEN

II. **FEDERAL CASES**
12. *Chelsea L. Davis v. McKool Smith P.C. et al,* Case Nos. 3:13-cv-4926-N, 3:14-cv-0056-B, 3:14-cv-0056-N, 3:14-cv-3962, 3:14-cv-3975-M, Northern District of Texas (TO BE CONSOLIDATED)
13. *Chelsea L. Davis v. Samuel F. Baxter,* Case No. 4:13-cv-00514-RC-ALM, Eastern District of Texas, TRANSFERRED To Northern District of Texas???, Jan. 9, 2014, Remanded to wrong Court on 2/11/2014???

Dated:  Nov. 10, 2014                                   Respectfully,

                                                        /s/Chelsea L. Davis
                                                        Chelsea L. Davis
                                                        TX Bar No. 24059652
                                                        25 Highland Park Vlg., Ste. 100-830
                                                        Dallas, TX 75205
                                                        Telephone: (469) 426-5850
                                                        Facsimile: (469) 533-0466
                                                        cdavis@chelseadavispc.com

## CERTIFICATE OF SERVICE

I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court (in the Eastern District of Texas), or otherwise, to the extent possible.

Dated:  Nov. 14, 2014                                   /s/Chelsea L. Davis
                                                        Chelsea L. Davis, pro-se
                                                        TX Bar No. 24059652
                                                        Mailing Address:
                                                        25 Highland Park Vlg., Ste. 100-830
                                                        Dallas, TX 75205
                                                        Telephone: (469) 426-5850
                                                        Facsimile: (469) 533-0466
                                                        cdavis@chelseadavispc.com


            **ADDITIONAL COUNSEL 1.**          Lidji Dorey & Hooper
Brian M. Lidji
TX Bar No. 12329700
500 N. Akard, Suite 3500
Dallas, TX 75201
Direct 214-774-1220
Fax 214.774.1212
blidji@ldhlaw.com

            **ADDITIONAL COUNSEL 2.**          Goranson Bain PLLC
ANGELINE L. ("ANGIE") BAIN and Associates
8350 N. Central Expressway, Suite 1700
Dallas, TX 75206

PHONE: 214.373.7676
Fax: 214.373.9959
TX BAR NO. 01546650

**ADDITIONAL COUNSEL 3.** Gray Reed & McGraw P.C. (*and* Looper Reed & McGraw)

KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
1601 Elm Street, Suite 4600
Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@grayreed.com

**ADDITIONAL COUNSEL 4.** Jeff Hall

Jeff Hall
2200 Ross Avenue Suite 5350
Dallas, TX 75201
214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622

**ADDITIONAL COUNSEL 5.** FOX ROTHSCHILD LLP

DARRELL MINTER
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas. TX 75240-6215
Tel 214-231-5711 Fax 972.404.0516
DMinter@foxrothschild.com

**ADDITIONAL COUNSEL 6.** MILLER BROWN LLP

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

**ADDITIONAL COUNSEL 7.** Friedman & Feiger LLP

Lawrence J. Friedman
State Bar No. 07469300
Carlos Morales
State Bar No. 24025545
5301 Spring Valley, Suite 200

Dallas, Texas 75254
Telephone (972) 788-1400
FAX (972) 788-2667
lfriedman@fflawoffice.com

   **ADDITIONAL COUNSEL 8.**  Gibson Dunn LLP

Veronica S. Lewis, SBN 24000092
vlewis@gibsondunn.com
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900

   **ADDITIONAL COUNSEL 9.**  Abernathy, Roeder, Boyd & Joplin, P.C.

Ross Wells
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com

   **ADDITIONAL COUNSEL 10.**  Figari & Davenport LLC

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX 75202
Phone: 214-939-2007
FAX: 214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com

   **ADDITIONAL COUNSEL 11.**  Herring & Irwin

CHARLES HERRING
cherring@herring-irwin.com

   **ADDITIONAL COUNSEL 12.**  Clinesmith Wooten Smith

Dawn Smith
dawn@clinesmithwootensmith.com

   **ADDITIONAL COUNSEL 13.**  Law Office of Chris Knox

Chris Knox

chrisknox@knoxcriminaldefense.com
900 Jackson St Ste 650
Dallas, TX  75202
Phone: 214-741-7474
      **ADDITIONAL COUNSEL 14.**   Law Office of Nicole Knox

Nicole Knox
3131 McKinney Ave.
Ste. 800
Dallas, TX  75204
Phone: 214-740-9955
      **ADDITIONAL COUNSEL 15.**   Law Office of Bill Knox
William T. "Bill" Knox
900 Jackson St Ste 650
Dallas, TX  75202
Phone: 214-522-0000
      **ADDITIONAL COUNSEL 16.**   Baker Botts LLP
George Lamb
Calvin Roderick Phelan
2001 Ross Ave. Ste.
Dallas, TX 75201
Fax (214) 661-4659
george.lamb@bakerbotts.com
rod.phelan@bakerbotts.com
      **ADDITIONAL COUNSEL 17.**   Trevor R. Jefferies
Arnold & Porter LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com
ATTORNEY FOR JAMES CHANOS
      **ADDITIONAL COUNSEL 18.**   Vanessa Griffith
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
E-mail vgriffith@velaw.com
ATTORNEY FOR CLINT CARLSON
      **ADDITIONAL COUNSEL 19.**   Jamie McKey
Kendall Law Group
jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN
      **ADDITIONAL COUNSEL 20.**   Levi G. McCathern, II

McCathern, PLLC
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
214.741.2662 Office
214.741.4717 Fax
lmccathern@mccathernlaw.com
ATTORNEY FOR STEPHEN JONES

**ADDITIONAL COUNSEL 21.** Lewis T. Stevens
TX24031366
131 East Exchange Ave., No. 204
Fort Worth, TX 76164
T-817-332-4466
F-817-332-4476
lstevens@lstevenslaw.com
ATTORNEY FOR CHAD BUSHAW

**ADDITIONAL COUNSEL 22.** ROYCE WEST
Royce West
State Bar No. 21206800
320 South R.L. Thornton Freeway, Suite 300
Dallas, Texas 75203
Telephone 214.941.1881
FAX 214.941.1399